# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REX COMPUTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-525 (MN) |
| | ) | |
| CEREBRAS SYSTEMS INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF REX COMPUTING, INC.'S INITIAL CLAIM CHARTS**

Pursuant to Paragraph (7)(c) of the Court's Scheduling Order (D.I. 22), Plaintiff Rex Computing, Inc. ("Rex") serves its initial claim charts for U.S. Patent No. 10,355,975 ("the '975 patent") on Defendant Cerebras Systems Inc. ("Cerebras").

Rex's investigation of Cerebras' infringement is ongoing, and these initial claim charts are based on information presently available to Rex. In particular, fact discovery has just begun, Cerebras has made only a limited production of core technical documents, and no claim construction order has been issued. Consistent with the Scheduling Order, the Local Rules of the District of Delaware, and the Federal Rules of Civil Procedure, Rex reserves the right to amend and/or supplement these disclosures, including to amend or supplement the list of asserted claims, the accused instrumentalities, and/or the bases for infringement, as additional evidence and information become available, and as necessary in view of any future claim constructions and other orders of this Court, or as otherwise appropriate. In particular, Rex reserves the right to supplement its disclosure to assert infringement of claims currently not addressed and to identify specific doctrine of equivalents arguments that arise as a result of any claim construction proposed by Cerebras or adopted by the Court.

Based on the information currently available and subject to any amendment or supplementation, Rex asserts claims 1-5 and 7-19 of the '975 patent (collectively, the "Asserted Claims"). For each limitation of the Asserted Claims, the attached claim charts at Exhibit A provide evidence relating to the accused Cerebras CS-1 and CS-2 deep learning systems (the "Accused Products").

Rex contends that Cerebras has directly infringed and continues to directly infringe the Asserted Claims under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States at least the Accused Products.

In addition, Rex contends that Cerebras has infringed and continues to infringe the Asserted Claims under 35 U.S.C. § 271(b) by actively inducing others, including customers, to use the Accused Products. Cerebras knew or should have known of the '975 patent at least as early as June 26, 2020, when Cerebras used Rex's technical information in a webinar presentation. Further, at the very latest, Cerebras had actual knowledge of the '975 patent and Cerebras's infringement thereof when Rex sent a notice letter of the same and later filed the Complaint in this action in April 2021.

Further, Rex contends that Cerebras has contributed to and continues to contribute to the infringement of the Asserted Claims under 25 U.S.C. § 271(c) by others, including customers, by offering to sell, selling, and/or importing into the United States the Accused Products, each of which is a component or a patented system and which constitutes a material part of the invention of the Asserted Claims. As discussed above, Cerebras knew or should have known that use of the Accused Products would infringe the Asserted Claims. The Accused Products are specifically made or especially adapted for use in the infringement of the Asserted Claims, and the Accused Products are not staple articles or commodities of commerce suitable for substantial non-infringing use.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

OF COUNSEL:

Michael A. Berta
Ryan J. Casamiquela
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
(415) 471-3100

Nicholas Lee
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
(213) 243-4000

Nicholas M. Nyemah
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001-3743
(202) 942-5000

Mark Samartino
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street Suite 4200
Chicago, IL  60602-4231
(312) 583-2300

December 20, 2021

Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Rex Computing, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2021, copies of the foregoing were caused to be served upon the following in the manner indicated:

Kelly E. Farnan, Esquire                                          *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendant*

Todd A. Noah, Esquire                                            *VIA ELECTRONIC MAIL*
DERGOSITS & NOAH LLP
One Embarcadero, Suite 720
San Francisco, CA  94111
*Attorneys for Defendant*

John S. Ferrell, Esquire                                          *VIA ELECTRONIC MAIL*
Robert J. Yorio, Esquire
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, CA  94025
*Attorneys for Defendant*

Kevin P.B. Johnson, Esquire                                      *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA  94065
*Attorneys for Defendant*

Yury Kapgan, Esquire                                             *VIA ELECTRONIC MAIL*
Nima Hefazi, Esquire
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017
*Attorneys for Defendant*

Ron Hagiz, Esquire                                    *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd floor
New York, NY  10010
*Attorneys for Defendant*

Dawn M. David, Esquire                                *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, Utah 84121
*Attorneys for Defendant*


                                        */s/ Anthony D. Raucci*

                                        _____
                                        Anthony D. Raucci (#5948)

2