IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REX COMPUTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-525 (MN) |
| | ) | |
| CEREBRAS SYSTEMS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AMENDING REVISED SCHEDULING ORDER

Pursuant to the Court's October 30, 2023 Oral Order (D.I. 180), it is hereby ORDERED that the Revised Scheduling Order (D.I. 74, as Amended by D.I. 102, 104, 119) shall be amended as follows:

| Event | Deadline |
|---|---|
| Supplemental Infringement Contentions Limited to Terms Where The Court Adopted Its Own Constructions | December 8, 2023 |
| Supplemental Non-Infringement Contentions (i.e., responses to Rex's contention interrogatory No. 12) Limited to Terms Where The Court Adopted Its Own Constructions | January 8, 2024 |
| Opening Expert Reports | January 24, 2024 |
| Rebuttal Expert Reports | February 21, 2024 |
| Reply Expert Reports | March 13, 2024 |
| Expert Discovery Cutoff | April 17, 2024 |
| Case Dispositive Motions | May 10, 2024 |
| Joint Proposed Pretrial Order (7 days prior to Pretrial Conference) | September 16, 2024 |
| Pretrial Conference (4:30 p.m.) | September 23, 2024 |
| Jury Trial (5 days) | September 30, 2024 |

IT IS SO ORDERED this 7th day of November 2023.

The Honorable Maryellen Noreika
United States District Judge