IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REX COMPUTING, INC., | ) | REDACTED - PUBLIC VERSION |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-525 (MN) |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CEREBRAS SYSTEMS INC., | ) | ▮ |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JONATHAN SWISHER IN SUPPORT OF PLAINTIFF REX COMPUTING INC'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DR. PATRICK F. KENNEDY**

I, Jonathan Swisher, declare as follows:

1. I am an attorney at the law firm Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), and counsel for Rex Computing, Inc. ("Rex") in the above-captioned action. I am a licensed attorney and a member in good standing of the Bar of the State of California and the Bar of the State of New York, and I am admitted *pro hac vice* in the United States District Court for the District of Delaware in the above-captioned action. I respectfully submit this declaration in support of Plaintiff Rex Computing Inc.'s reply brief in support of its Motion To Exclude Certain Opinions And Testimony of Dr. Patrick F. Kennedy, filed contemporaneously herewith.

2. Attached hereto as Exhibit 1 is a true and correct copy of Balt's Opposition to Plaintiff's *Daubert* Motion to Exclude Opinions and Testimony of Jeffrey Kinrich, filed in *Microvention, Inc. v. Balt USA, LLC*, No. 8:19-CV-01335-JLS (C.D. Cal.) on June 17, 2022.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Dr. Patrick F. Kennedy, dated April 12, 2024.

4. Attached hereto as Exhibit 3 is a true and correct copy of Apple Inc.'s Memorandum of Points and Authorities In Support of Its Daubert Motion to Exclude Testimony of Drs. Prince, Kennedy, Brogioli, and Kelley, filed in *Qualcomm Inc. v. Apple Inc.*, No. 3:17-CV-01375-DMS-MDD (S.D. Cal.) on November 27, 2018.

5.      Attached hereto as Exhibit 4 is a true and correct copy of Qualcomm's Opposition to Apple's Daubert Motion to Exclude Testimony of Drs. Prince, Kennedy, Brogioli, and Kelley, filed in *Qualcomm Inc. v. Apple Inc.*, No. 3:17-CV-01375-DMS-MDD (S.D. Cal.) on December 28, 2018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.  Executed on May 31, 2024, in Oakland, California.

                                                            */s/ Jonathan Swisher*
                                                            Jonathan Swisher

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 31, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Todd A. Noah, Esquire<br>DERGOSITS & NOAH LLP<br>One Embarcadero, Suite 720<br>San Francisco, CA  94111<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| John S. Ferrell, Esquire<br>Robert J. Yorio, Esquire<br>CARR & FERRELL LLP<br>120 Constitution Drive<br>Menlo Park, CA  94025<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kevin P.B. Johnson, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Yury Kapgan, Esquire<br>Nima Hefazi, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Ron Hagiz, Esquire                                             *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd floor
New York, NY  10010
*Attorneys for Defendant*

Dawn M. David, Esquire                                         *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, UT  84121
*Attorneys for Defendant*

Gavin Snyder, Esquire                                          *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA  98101
*Attorneys for Defendant*

                                                    */s/ Anthony D. Raucci*
                                                    _____
                                                    Anthony D. Raucci (#5948)