IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REX COMPUTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-525 (MN) |
| | ) |
| CEREBRAS SYSTEMS INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff Rex Computing, Inc. ("Rex") moves for an order to exempt Jonathan Swisher, Nicholas Lee, Nicholas Nyemah, and Robert Horst from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Rex states as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A *Markman* hearing is scheduled for January 9, 2024 in Courtroom 4A.

3. Counsel for Rex, Jonathan Swisher, Nicholas Lee, and Nicholas Nyemah will be attending the hearing and request access to their electronic devices. Mr. Swisher, Mr. Lee, and Mr. Nyemahhave been admitted pro hac vice in this matter but do not have access to a state-issued bar card.

4. Rex also requests that Robert Horst, an expert for Plaintiff, be allowed to bring his electronic device into the courtroom to assist in consulting with counsel and performing his job duties in connection with the hearing. However, Mr. Horst does not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

WHEREFORE, Rex respectfully requests that the Court issue an order to exempt Jonathan Swisher, Nicholas Lee, Nicholas Nyemah, and Robert Horst from the District of Delaware's May 17, 2024 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
araucci@morrisnichols.com

January 2, 2025

*Attorneys for Plaintiff Rex Computing, Inc.*

SO ORDERED this 6th day of January 2025.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge