# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REX COMPUTING, INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-525-MN |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| CEREBRAS SYSTEMS INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES INTO THE J. CALEB BOGGS FEDERAL BUILDING AND UNITED STATES COURTHOUSE

Defendant Cerebras Systems, Inc. hereby moves for an order in the form attached hereto allowing counsel and Defendant's expert to bring electronic devices, including cell phones and laptops, into the courthouse for use during the January 9, 2025 Markman Hearing in the above-referenced matter. In support of its motion, Defendant states as follows:

1. The Court issued a Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* (the "Standing Order") which, effective May 17, 2024, placed restrictions on the ability to bring personal electronic devices, including laptops and cell phones, into the J. Caleb Boggs Federal Building.

2. The Standing Order indicates that personal electronic devices include but are not limited to "cellular telephones, smart phones, laptop computers, recording devices, smart watches, and tablet computers." Absent exemption, the Standing Order requires that all personal electronic devices be turned off and placed in a locked pouch, not to be used while in the J. Caleb Boggs Federal Building.

3. Pursuant to Paragraph 4(a) of the Standing Order, "[a]ll attorneys with either a valid bar identification card or credentials of the U.S. Department of Justice or the Office of the Federal Public Defender" are exempted from placing personal electronic devices in a locked pouch.

4. A Markman Hearing is scheduled for January 9, 2025 at 10:00 AM in the above-captioned matter.

5. The following attorneys and expert for Defendant intend to attend the Markman Hearing and require access to their electronic devices, but do not possess a current bar card as required by Paragraph 4 of the Standing Order or do not otherwise meet the exemptions in the Standing Order:

> Yury Kapgan, Quinn Emanuel Urquhart & Sullivan, LLP
>
> Ron Hagiz, Quinn Emanuel Urquhart & Sullivan, LLP
>
> Dr. Robert P. Colwell

6. All those named above will comply with Paragraph 5 of the Standing Order.

WHEREAS, for the foregoing reasons, Defendant respectfully requests that the Court enter the attached proposed order.

| | |
|---|---|
| OF COUNSEL:<br><br>Kevin P.B. Johnson<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive<br>Redwood Shores, CA 94065<br><br>Yury Kapgan<br>Nima Hefazi<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br><br>Ron Hagiz<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Ave, 22nd floor<br>New York, NY 10010<br><br>Dawn M. David<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>2755 E. Cottonwood Parkway, Suite 430<br>Salt Lake City, UT 84121<br><br>Dated: January 6, 2025 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Jessica E. Blau (#7163)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>blau@rlf.com<br><br>*Attorneys for Defendant*<br>*Cerebras Systems, Inc.* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REX COMPUTING, INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-525-MN |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| CEREBRAS SYSTEMS INC., | ) |
| | ) |
| Defendant. | ) |

The Court having considered Defendant Cerebras Systems, Inc.'s Motion for Exemption of Persons From the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this _____ day of _____, 2025 that:

1. The Motion is GRANTED;

2. For purposes of the January 9, 2025 hearing in the above-captioned case, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

   Yury Kapgan, Quinn Emanuel Urquhart & Sullivan, LLP

   Ron Hagiz, Quinn Emanuel Urquhart & Sullivan, LLP

   Dr. Robert P. Colwell, Expert for Defendant

3. Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

                                    _____
                                    The Honorable Maryellen Noreika
                                    United States District Judge