IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REX COMPUTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-525 (MN) |
| | ) |
| CEREBRAS SYSTEMS INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of Michael A. Berta of ARNOLD & PORTER KAYE SCHOLER LLP for plaintiff Rex Computing, Inc. is hereby withdrawn. Plaintiff will continue to be represented by the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP and ARNOLD & PORTER KAYE SCHOLER LLP.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Ryan J. Casamiquela<br>Jonathan Swisher<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA  94111-4024<br>(415) 471-3100<br><br>Nicholas Lee<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA  90017-5844<br>(213) 243-4000<br><br>Nicholas M. Nyemah<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC  20001-3743<br>(202) 942-5000<br><br>Mark Samartino<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>70 West Madison Street Suite 4200<br>Chicago, IL  60602-4231<br>(312) 583-2300<br><br>January 9, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Brian P. Egan*<br><br>Brian P. Egan (#6227)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>began@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiff Rex Computing, Inc.* |

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 9, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Todd A. Noah, Esquire<br>DERGOSITS & NOAH LLP<br>One Embarcadero, Suite 720<br>San Francisco, CA  94111<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| John S. Ferrell, Esquire<br>Robert J. Yorio, Esquire<br>CARR & FERRELL LLP<br>120 Constitution Drive<br>Menlo Park, CA  94025<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kevin P.B. Johnson, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Yury Kapgan, Esquire<br>Nima Hefazi, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Ron Hagiz, Esquire            *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd floor
New York, NY  10010
*Attorneys for Defendant*

Dawn M. David, Esquire            *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, UT  84121
*Attorneys for Defendant*

Gavin Snyder, Esquire            *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA  98101
*Attorneys for Defendant*

           */s/ Brian P. Egan*

           Brian P. Egan (#6227)