IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REX COMPUTING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-525 (MN) |
| ) | |
| CEREBRAS SYSTEMS INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Matthew M. Wolf of ARNOLD & PORTER KAYE SCHOLER LLP to represent plaintiff Rex Computing, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
araucci@morrisnichols.com

January 10, 2025

*Attorneys for Plaintiff Rex Computing, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Matthew M. Wolf is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Maryland and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/2024, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:    1/10/25

Matthew M. Wolf
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001-3743
(202) 942-5000

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 10, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Todd A. Noah, Esquire<br>DERGOSITS & NOAH LLP<br>One Embarcadero, Suite 720<br>San Francisco, CA 94111<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| John S. Ferrell, Esquire<br>Robert J. Yorio, Esquire<br>CARR & FERRELL LLP<br>120 Constitution Drive<br>Menlo Park, CA 94025<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kevin P.B. Johnson, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Yury Kapgan, Esquire<br>Nima Hefazi, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Ron Hagiz, Esquire                                                *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd floor
New York, NY 10010
*Attorneys for Defendant*

Dawn M. David, Esquire                                      *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, UT 84121
*Attorneys for Defendant*

Gavin Snyder, Esquire                                        *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
*Attorneys for Defendant*

                                                                   */s/ Brian P. Egan*

                                                                   Brian P. Egan (#6227)