IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REX COMPUTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-525 (MN) |
| | ) |
| CEREBRAS SYSTEMS INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION AND ORDER TO STAY

WHEREAS the parties have executed a settlement agreement to resolve all remaining claims in this action; and

WHEREAS the parties have agreed to stay this action pending compliance with the terms of the settlement, which the parties expect to occur within fourteen (14) days;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that this matter is stayed pending final completion of the terms of the settlement. If a stipulation of dismissal has not been filed by May 30, 2025, the parties will submit a joint status report to the Court.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Anthony D. Raucci* | */s/ Kelly E. Farnan* |
| _____ | _____ |
| Brian P. Egan (#6227) | Kelly E. Farnan (#4395) |
| Anthony D. Raucci (#5948) | One Rodney Square |
| 1201 North Market Street | 920 North King Street |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 651-7700 |
| (302) 658-9200 | farnan@rlf.com |
| began@morrisnichols.com | |
| araucci@morrisnichols.com | *Attorney for Defendant Cerebras Systems, Inc.* |
| | |
| *Attorneys for Plaintiff Rex Computing, Inc.* | |

May 13, 2025

IT IS SO ORDERED, this 13th day of May 2025.

                                                       */s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge