IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REX COMPUTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-525 (MN) |
| | ) |
| CEREBRAS SYSTEMS INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Rex Computing, Inc. ("Rex") and Defendant Cerebras Systems Inc. ("Cerebras") hereby stipulate and agree to the dismissal with prejudice of all claims, defenses, and counterclaims in the above-captioned action.  Each of the parties shall bear its own costs, expenses, and attorneys' fees in this action.  The parties respectfully request that the Court enter this dismissal, and close the case.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| | |
| /s/ *Anthony D. Raucci* | /s/ *Kelly E. Farnan* |
| _____ | _____ |
| Brian P. Egan (#6227) | Kelly E. Farnan (#4395) |
| Anthony D. Raucci (#5948) | One Rodney Square |
| 1201 North Market Street | 920 North King Street |
| P.O. Box 1347 | Wilmington, DE  19801 |
| Wilmington, DE  19899 | (302) 651-7700 |
| (302) 658-9200 | farnan@rlf.com |
| began@morrisnichols.com | |
| araucci@morrisnichols.com | *Attorney for Defendant Cerebras Systems, Inc.* |
| | |
| *Attorney for Plaintiff Rex Computing, Inc.* | |

May 14, 2025

2

IT IS SO ORDERED, this _____ day of May, 2025.

_____
The Honorable Maryellen Noreika
United States District Judge