IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REX COMPUTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-525 (MN) |
| | ) |
| CEREBRAS SYSTEMS INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Rex Computing, Inc. ("Rex") and Defendant Cerebras Systems Inc. ("Cerebras") hereby stipulate and agree to the dismissal with prejudice of all claims, defenses, and counterclaims in the above-captioned action.  Each of the parties shall bear its own costs, expenses, and attorneys' fees in this action.  The parties respectfully request that the Court enter this dismissal, and close the case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Anthony D. Raucci*
_____
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
araucci@morrisnichols.com

*Attorney for Plaintiff Rex Computing, Inc.*

May 14, 2025

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Kelly E. Farnan*
_____
Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com

*Attorney for Defendant Cerebras Systems, Inc.*

**SO ORDERED this 14th day of May 2025.**

_____
**The Honorable Maryellen Noreika**
**United States District Judge**